I. MAGNIN & CO. (AMERICAN EXPRESS CO.) v. UNITED STATES

No. 7320.—Invoice dated London, England, November 29, 1945.
Certified November 29, 1945.
Entered at New York, N. Y., April 30, 1946.
Entry No. 756770.

(Decided June 27, 1947)

Siegel, Mandell & Davidson for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. §1402 (c)). United States v. Wm. S. Pitcairn Corp., 33 C. C. P. A. 183, C. A. D. 334.

Undisputed facts establish that the proper basis for appraisement of the instant merchandise is export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), and that such statutory values for the articles in question are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

LIONEL VINER v. UNITED STATES

No. 7321.—Invoice dated Sheffield, England, March 18, 1946.
Certified March 21, 1946.
Entered at New York, N. Y., April 17, 1946.
Entry No. 752482.

(Decided June 27, 1947)

Siegel, Mandell & Davidson for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in United States v. Wm. S. Pitcairn Corp., 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.